FRANK C. BERTELMANN *v.* MARY N. LUCAS.

No. 2390.

SUBMITTED APRIL 10, 1940.                    DECIDED MAY 3, 1940.

KEMP, J., AND CIRCUIT JUDGE MATTHEWMAN IN
PLACE OF COKE, C. J., DISQUALIFIED.

*Per Curiam.* Petitioner's bill of costs contains an
item of $79.50 for typing the record on appeal. The
record sent up consists of 265 pages and respondent
objects to the bill as presented on the ground that the
record contains 98 pages of unnecessary and superfluous
matter. The matter objected to consists of 45 pages
relating to the original bill, 32 pages relating to the first
amended bill, and an exhibit attached to the third
amended bill, which is a copy of an opinion of this court
in a prior ejectment case consisting of 21 pages. The
appeal was from an order sustaining a demurrer to the
second amended bill without leave to file a third amended
bill, which the petitioner asked leave to file. The principal
ground of the demurrer was laches, which petitioner
sought to overcome by showing his diligence in pursuit
of a proper remedy. Considerable time elapsed between
the filing of the original bill and the ruling on the second
and third amended bills. It was also argued that the
earlier bills contained statements in conflict with allega-
tions in the second and third amended bills. Under these
circumstances we think the petitioner was entitled to
include in the record the earlier bills. We see no reason,
however, for the inclusion in the record of a copy of an
opinion of this court of which we, of course, take judicial
notice. The published opinion could be referred to and

made a part of the record without being set out therein. It appears that the average cost of typing the record was 30 cents per page. Part of the record was paid for at 25 cents per page and part on a per diem basis. 21 pages at 30 cents per page, amounting to $6.30, is deducted from the total charge of $79.50 for preparing the record, thereby reducing that sum to $73.20.

The total cost bill as filed amounts to $104.90. Costs in the sum of $98.60 are allowed.

*I. M. Stainback* for the motion.

*A. G. M. Robertson* contra.